IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLVIN MCCRIGHT, )<br>       Petitioner, )<br>   vs. )<br>JOE MCGRATH, Warden, )<br>       Respondent. ) | No. C 05-03266 JW (PR)<br><br>ORDER OF DISMISSAL<br><br><br>(Docket Nos. 7, 9, 10 & 11) |

Petitioner, an inmate at Pelican Bay State Prison, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, alleging that the Board of Prison Terms has failed to fix a term for his indeterminate sentence of seven years to life in state prison for a first degree murder conviction in 1972. Petitioner has filed six previous petitions for a writ of habeas corpus with this Court, at least three of which have raised the same issue he raises in this petition. (See C 01-20482, C 98-20557, C 98-20062, C 93-00245, C 92-03759, C 91-00315).

This is a second or successive petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. A second or successive petition may not be filed in this Court

Order Of Dismissal
N:\Pro - Se\8.17.2007\05-03266 McCright3266_dismiss(succ).wpd

1  unless petitioner first obtains from the United States Court of Appeals for the Ninth
2  Circuit an order authorizing this Court to consider the petition.  28 U.S.C. §
3  2244(b)(3)(A).  Petitioner has not sought or obtained such an order from the Ninth
4  Circuit.  Accordingly, the petition is DISMISSED without prejudice to refiling if
5  petitioner obtains the necessary order.
6    The clerk shall terminate all pending motions as moot, including respondent's
7  motion to dismiss (Docket No. 7), petitioner's motions for an order to show cause
8  (Docket No. 9), for sanctions (Docket No. 10), and for appointment of counsel
9  (Docket No. 11).

11  DATED:   August 1, 2007
              JAMES WARE
              United States District Judge

Order Of Dismissal
N:\Pro - Se\8.17.2007\05-03266 McCright3266_dismiss(succ).wpd  2

**United States District Court**
For the Northern District of California