IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLVIN MCCRIGHT,<br><br>        Petitioner,<br><br>  vs.<br><br>JOE MCGRATH, Warden,<br><br>        Respondent. | No. C 05-03266 JW (PR)<br><br>ORDER DENYING MOTIONS FOR CERTIFICATE OF APPEALABILITY<br><br>(Docket Nos. 19 & 21) |

      Petitioner has filed two notices of appeal and requests for a certificate of appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).

      Petitioner's requests for a certificate of appealability (Docket Nos. 19 & 21) is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000).

      The clerk shall forward to the Court of Appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

DATED:   October 12, 2007

                              JAMES WARE<br>                              United States District Judge

Order Denying Motion for COA
P:\PRO-SE\SJ.JW\HC.05\Mccright3266_COA.wpd