1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   COLVIN MCCRIGHT,                    )       No. C 05-03266 JW (PR)
                                         )
12              Petitioner,              )       ORDER DENYING CERTIFICATE
                                         )       OF APPEALABILITY
13         vs.                           )
                                         )
14   JOE MCGRATH, Warden,                )
                                         )
15              Respondent.              )
                                         )
16   _____    )

17

18         On March 24, 2010, the Court denied this pro se petition for writ of habeas

19   corpus, which challenged the denial of parole, on the merits and entered judgment in

20   favor of respondent.  Petitioner filed a notice of appeal and the matter was forwarded

21   to the United States Court of Appeals for the Ninth Circuit.

22         On May 26, 2010, the Ninth Circuit remanded this case for the limited

23   purpose of granting or denying a certificate of appealability.  See Hayward v.

24   Marshall, 603 F.3d 546, 554-55 (9th Cir. 2010) (en banc) (overruling those portions

25   of White v. Lambert, 370 F.3d 1002, 1004 (9th Cir. 2004), and Rosas v. Nielsen,

26   428 F.3d 1229, 1231-32 (9th Cir. 2005) (per curiam), that relieved a prisoner from

27   obtaining a certificate of appealability to review the denial of a habeas petition

28   challenging an administrative decision denying parole).

Order Denying Certificate of Appealability
P:\PRO-SE\SJ.JW\HC.05\McCright3266_coaremand.wpd

**United States District Court**
For the Northern District of California

1       "Where a district court has rejected the constitutional claims on the merits,

2 the showing required to satisfy § 2253(c) is straightforward: the petitioner must

3 demonstrate that reasonable jurists would find the district court's assessment of the

4 constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484

5 (2000).  The Court denied the instant habeas petition after careful consideration of

6 the merits.  The Court found no violation of petitioner's federal constitutional rights

7 in the administrative decision denying parole.  Petitioner has failed to demonstrate

8 that jurists of reason would find it debatable whether this Court was correct in its

9 ruling.  Accordingly, a certificate of appealability is DENIED.

10       The clerk shall forward this order to the Ninth Circuit from which petitioner

11 may also seek a certificate of appealability.  See United States v. Asrar, 116 F.3d

12 1268, 1270 (9th Cir. 1997).

13       The Clerk shall close the file.

14

15 DATED:   June 4, 2010

16                    JAMES WARE
                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

Order Denying Certificate of Appealability
P:\PRO-SE\SJ.JW\HC.05\McCright3266_coaremand.wpd    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

COLVIN MCCRIGHT,

          Petitioner,

  v.

JOE MCGRATH, Warden; et al.,

          Respondents.

                            /

Case Number: CV05-03266 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____6/4/2010_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Colvin McCright B-08892
Pelican Bay State Prison
5905 Lake Earl Drive
P.O. Box 7000
Crescent City, CA 95532

Dated: _____6/4/2010_____

                              Richard W. Wieking, Clerk
                      /s/ By: Elizabeth Garcia, Deputy Clerk

Colvin McCright B-08892
Pelican Bay State Prison
5905 Lake Earl Drive
P.O. Box 7000
Crescent City, CA 95532


CV05-03266 JW